*Anthony V. DeMayo,* for the appellees (plaintiffs).

*Roger J. Frechette,* assistant corporation counsel, for the appellants (defendants).

Argued November 3—decided November 10, 1970

STATE OF CONNECTICUT *v.* ROBERT E. WICHMAN

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Martin A. Radar,* in support of the petition.

*John F. Spain,* assistant prosecuting attorney, in opposition.

Submitted August 17—decided November 10, 1970

TOWN OF EAST HAVEN ET AL. *v.* CITY OF NEW HAVEN ET AL.

The motion by the defendants that (a) their motion to set aside the order terminating the stay in their appeal from the Superior Court in New Haven County and (b) their appeal be heard together is denied.

*Roger J. Frechette,* assistant corporation counsel, in support of the motion.

*Anthony V. DeMayo,* in opposition.

Submitted October 7—decided November 10, 1970

TOWN OF EAST HAVEN ET AL. *v.* CITY OF NEW HAVEN ET AL.

The motion by the defendants for review of the order terminating the stay in the appeal from the Superior Court in New Haven County is granted.